*J. I. Swan,* for the plaintiff.

---

BURGESS MEDCALF, PLAINTIFF IN ERROR,

*versus*

BENJAMIN SWETT.

A writ of error does not lie to reverse a judgment of the court of common pleas, from which an appeal might have been claimed.

THIS was a writ of error to the court of common pleas, in this county, brought to reverse a judgment rendered there at February term, 1817, from which judgment it appeared that the plaintiff in error might have claimed an appeal.

*J. Bell,* of counsel for the defendant in error, moved the court to quash the writ of error, as having issued improvidently, and contended that error did not lie in such a case. 4 *Mass. R.* 171. *Savage* vs. *Gulliver.*—6 *Mass. R.* 4. *Jarvis* vs. *Blanchard.*—9 *Mass. R.* 228. *Champion* vs. *Brooks.*

*Nelson,* for the plaintiff.

*Per curiam.* The law on this subject is the same in this state as in *Massachusetts.* It has often been decided here that error does not lie to reverse a judgment, from which an appeal might have been claimed.

*Writ of error quashed.*